PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE ___EASTERN___ DISTRICT OF TEXAS
___TYLER___ DIVISION

Deindray Mason 2198087
Plaintiff's Name and ID Number

Bill Clements Unit
Place of Confinement

CASE NO. __6:20CV570 JDK/JDL__
(Clerk will assign the number)

v.

R. Sanchez (John Doe CO) Joe F Gurney Unit
Defendant's Name and Address

K. Garza (Jane Doe Assh Warden) Joe F Gurney Unit
Defendant's Name and Address

Morchegno (Jane Doe LT) Joe F Gurney Unit
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES __ NO
    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1. Approximate date of filing lawsuit: 9-25-20
        2. Parties to previous lawsuit:
            Plaintiff(s) Deondray Mason
            Defendant(s) ~~Bobby Lumpkin~~ TDCJ CID Director
        3. Court: (If federal, name the district; if state, name the county.) W/D/Tx Lubbock
        4. Cause number: 5-20-~~CV00242~~ CV00242-C
        5. Name of judge to whom case was assigned: Sam R. Cummings
        6. Disposition: (Was the case dismissed, appealed, still pending?) Still Pending
        7. Approximate date of disposition: 10-6-20

II.  PLACE OF PRESENT CONFINEMENT: Bill Clements Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Deondray Mason   Bill Clements
9601 Spur 591
Amarillo, TX 79107

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: R. Sanchez  CO IV   Joe F Gurney Unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Assault And Battery, Neglection, Conspiracy, Intentional Infliction Of Emotional And Mental Distress, Harassment, Retaliation, Discrimination, Falsifying Testimony Documents

Defendant #2: LT. Morcheque   Joe F Gurney Unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Assault And Battery, Neglection, Conspiracy, Intentional Infliction Of Mental And Emotional Distress, Retaliation, Discrimination, Falsified Documents, Testimony, Harassment

Defendant #3: Asst Warden La Garza   Joe F. Gurney

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denial Of Due Process Clause, Conspiracy, Neglection, Retaliation, Discrimination

Defendant #4: CO Dykes   Joe F Gurney

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Racial Discrimination, Harassment, Neglection, & Intentional Infliction Of Mental And Emotional Distress

Defendant #5: Captain Boger   Joe F Gurney

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Discrimination, Conspiracy, Intentional Infliction Of Emotional And Mental Distress, Denial Of Due Process Clause, Neglection

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Co Dyke Denied Me Access To Chow Hall Twice Out Of Spite And Evil Motive/Intent.

Co R. Sanchez Denied Me Assistance To Chow Hall After I Requested An Escort.

LT. Morchega Denied Me Assistance After I Was Racially Discriminated By R. Sanchez Then Initiated A Strip Search By CO R. Sanchez After Stating: "I'm Gone Make Sure You Don't Make Your 1st Parole!"

Captain Boyer Found Me Guilty Off R. Sanchez Verbal Statement.

Asst Warden K. Garza Denied Me A Rehearing When I Was Positive I Could Plead My Innocence.

I Was Denied My 1st Parole In 2018.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Am Requesting A Full Investigation On What Occurred On June 12, 2018 And Hoping That The Multiple Witnesses Who Were Present Step Up And Testify Truthfully.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Tre Mason   Super Saiyan Trunks

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2005798   2198064

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date sanctions were imposed:_____
   4. Have the sanctions been lifted or otherwise satisfied?            ___YES ✓ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____

   2. Case number:_____

   3. Approximate date warning was issued:_____

Executed on: 10-16-20
              DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  16th  day of  October , 20 20 .
              (Day)              (month)              (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Sorry I Did Correct This On 10-16-20

CLERK, U.S. DISTRICT COURT RECEIVED OCT - 5 2020 EASTERN DIST. OF TEXAS

On June 12, 2018 I Was A Victim Of An Unnecessary And Excessive Use Of Force Where I Was Also Falsely Accused Of Assaulting An Officer (R. Sanchez) After Requesting Assistance On Being Escorted To The Chow Hall After Being Denied Access To The Chow Hall By Officer Dykes For Discrimination Due To Me Improperly Dressed (Sagging). Lt. Moreheyuo Initiated A Strip Search At The West Wing Search Booth After threatening Me Stating: "I Will Make Sure You Don't Make Your 1st Parole Since You Don't Care." My 14th Amendment (Due Process Clause) Was Violated Through The Step 1 And Step 2 Appeal And Due To This I Was Stripped Of My Parole & Documentation Will Prove Little To No Actual Investigation Was Done On This Incident. I Pursued A 1983 And Forma Pauperis In January Of 2020 But Mail Was Tampered With By Mailroom Supervisor At Bill Clement's Unit. STATEMENTS ABOVE ARE FACTS SWORN UNDER THE OATH OF PERJURY BY:

Signature    #2198087   Deandrey Mason   9-25-20
                         Name              Date

Dendray Mason #2198087
Bill Clements
9601 Spur 591
Amarillo TX 79107

LEGAL MAIL

USDC
Eastern District Court
211 W. Ferguson St.
Tyler, TX 75702

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION